UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

ADRIAN GOUDELOCK,

       Defendant.

18-CR-138 (JLS)

## ORDER

The Second Circuit's November 27, 2024 order directs this Court to: (1) "specify how the jury selection proceedings were recorded"; (2) provide "access to the original recording or notes made by the court reporter during jury selection proceedings"; and (3) provide "copies of *ex parte* communications between the government and the court reporter." Dkt. 941.

This Court conferred with the court reporter. In addition to the official transcript, the Court believes that audio recording and original stenographic notes of jury selection proceedings exist. The parties shall contact this Court's chambers, at (716) 551-1640 or sinatra@nywd.uscourts.gov, to arrange for access to the relevant portions of those materials.

The Court will file the specified email communications on its docket, under seal. Counsel for the Government shall provide this order and the sealed email communications to the relevant appellate counsel.

SO ORDERED.

Dated:     December 6, 2024
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE